THE NORTH CAROLINA STATE BAR v. EARL WHITTED, JR.

No. 581A86

(Filed 7 April 1987)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of the Court of Appeals (*Judges Whichard* and *Arnold* concurring, *Judge Johnson* dissenting), reported in 82 N.C. App. 531, 347 S.E. 2d 60 (1986), which affirmed the order of disbarment entered by the Disciplinary Hearing Commission of the North Carolina State Bar entered 6 June 1985. Heard in the Supreme Court 9 March 1987.

*A. Root Edmonson, for plaintiff appellee.*

*Irving Joyner, Hulse & Hulse, by Herbert B. Hulse, for defendant appellant.*

PER CURIAM.

Affirmed.

Justices FRYE and WHICHARD did not participate in the consideration or decision of this case.